DOA
5-13-20

JOHN W. HUBER, United States Attorney (#7226)
TRINA A. HIGGINS, Assistant United States Attorney (#7349)
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682
Email: trina.higgins@usdoj.gov

FILED
DISTRICT COURT

2018 OCT 18 A 10:04

SEALED

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION  Az. No: 20-8163MJ

| UNITED STATES OF AMERICA, Plaintiff, vs. MICHAEL EARL YELLOW, Defendant. | **INDICTMENT** <br><br> VIOLATIONS: <br> COUNT 1: 18 U.S.C. § 922(g)(1), Felon in Possession of a Firearm; <br> COUNTS 2-11: 16 U.S.C. § 688(a), Unauthorized Taking of an Eagle. <br><br> Case: 2:18-cr-00470 <br> Assigned To : Waddoups, Clark <br> Assign. Date : 10/18/2018 <br> Description: |
|---|---|

The Grand Jury Charges:

### COUNT 1
18 U.S.C. § 922(g)(1)
(Felon in Possession of a Firearm)

On a date unknown to the Grand Jury between August 1, 2014 and August 17, 2015, in the Central Division of the District of Utah,

MICHAEL EARL YELLOW,

the defendant herein, having been convicted of a crime punishable by imprisonment for more than one year, did knowingly possess in and affecting commerce, a firearm, to wit: a Mossberg 702 Plinkster 22 caliber long rifle; in violation of 18 U.S.C. § 922(g)(1).

## COUNT 2
16 U.S.C. § 668(a)
(Unauthorized Taking of an Eagle)

On a date unknown to the Grand Jury between August 1, 2014 and August 17, 2015, in the Central Division of the District of Utah,

MICHAEL EARL YELLOW,

the defendant herein, knowingly and with wanton disregard for the consequences of his act, did take and possess, at any time and in any manner, any bald eagle and golden eagle, dead and alive, and its parts without a permit; in violation of 16 U.S.C. § 668(a), the Bald and Golden Eagle Protection Act.

## COUNT 3
16 U.S.C. § 668(a)
(Unauthorized Taking of an Eagle)

On a date unknown to the Grand Jury between August 1, 2014 and August 17, 2015, in the Central Division of the District of Utah,

MICHAEL EARL YELLOW,

the defendant herein, knowingly and with wanton disregard for the consequences of his act, did take and possess, at any time and in any manner, any bald eagle and golden eagle, dead and alive, and its parts without a permit; in violation of 16 U.S.C. § 668(a), the Bald and Golden Eagle Protection Act.

## COUNT 4
16 U.S.C. § 668(a)
(Unauthorized Taking of an Eagle)

On a date unknown to the Grand Jury between August 1, 2014 and August 17, 2015, in the Central Division of the District of Utah,

MICHAEL EARL YELLOW,

the defendant herein, knowingly and with wanton disregard for the consequences of his act, did take and possess, at any time and in any manner, any bald eagle and golden eagle, dead and alive, and its parts without a permit; in violation of 16 U.S.C. § 668(a), the Bald and Golden Eagle Protection Act.

### COUNT 5
16 U.S.C. § 668(a)
(Unauthorized Taking of an Eagle)

On a date unknown to the Grand Jury between August 1, 2014 and August 17, 2015, in the Central Division of the District of Utah,

MICHAEL EARL YELLOW,

the defendant herein, knowingly and with wanton disregard for the consequences of his act, did take and possess, at any time and in any manner, any bald eagle and golden eagle, dead and alive, and its parts without a permit; in violation of 16 U.S.C. § 668(a), the Bald and Golden Eagle Protection Act.

### COUNT 6
16 U.S.C. § 668(a)
(Unauthorized Taking of an Eagle)

On a date unknown to the Grand Jury between August 1, 2014 and August 17, 2015, in the Central Division of the District of Utah,

MICHAEL EARL YELLOW,

the defendant herein, knowingly and with wanton disregard for the consequences of his act, did take and possess, at any time and in any manner, any bald eagle and golden eagle, dead and

alive, and its parts without a permit; in violation of 16 U.S.C. § 668(a), the Bald and Golden Eagle Protection Act.

## COUNT 7
16 U.S.C. § 668(a)
(Unauthorized Taking of an Eagle)

On a date unknown to the Grand Jury between August 1, 2014 and August 17, 2015, in the Central Division of the District of Utah,

MICHAEL EARL YELLOW,

the defendant herein, knowingly and with wanton disregard for the consequences of his act, did take and possess, at any time and in any manner, any bald eagle and golden eagle, dead and alive, and its parts without a permit; in violation of 16 U.S.C. § 668(a), the Bald and Golden Eagle Protection Act.

## COUNT 8
16 U.S.C. § 668(a)
(Unauthorized Taking of an Eagle)

On a date unknown to the Grand Jury between August 1, 2014 and August 17, 2015, in the Central Division of the District of Utah,

MICHAEL EARL YELLOW,

the defendant herein, knowingly and with wanton disregard for the consequences of his act, did take and possess, at any time and in any manner, any bald eagle and golden eagle, dead and alive, and its parts without a permit; in violation of 16 U.S.C. § 668(a), the Bald and Golden Eagle Protection Act.

### COUNT 9
16 U.S.C. § 668(a)
(Unauthorized Taking of an Eagle)

On a date unknown to the Grand Jury between August 1, 2014 and August 17, 2015, in the Central Division of the District of Utah,

MICHAEL EARL YELLOW,

the defendant herein, knowingly and with wanton disregard for the consequences of his act, did take and possess, at any time and in any manner, any bald eagle and golden eagle, dead and alive, and its parts without a permit; in violation of 16 U.S.C. § 668(a), the Bald and Golden Eagle Protection Act.

### COUNT 10
16 U.S.C. § 668(a)
(Unauthorized Taking of an Eagle)

On a date unknown to the Grand Jury between August 1, 2014 and August 17, 2015, in the Central Division of the District of Utah,

MICHAEL EARL YELLOW,

the defendant herein, knowingly and with wanton disregard for the consequences of his act, did take and possess, at any time and in any manner, any bald eagle and golden eagle, dead and alive, and its parts without a permit; in violation of 16 U.S.C. § 668(a), the Bald and Golden Eagle Protection Act.

### COUNT 11
16 U.S.C. § 668(a)
(Unauthorized Taking of an Eagle)

On a date unknown to the Grand Jury between August 1, 2014 and August 17, 2015, in the Central Division of the District of Utah,

MICHAEL EARL YELLOW,

the defendant herein, knowingly and with wanton disregard for the consequences of his act, did take and possess, at any time and in any manner, any bald eagle and golden eagle, dead and alive, and its parts without a permit; in violation of 16 U.S.C. § 668(a), the Bald and Golden Eagle Protection Act.

## NOTICE OF INTENT TO SEEK FORFEITURE

Pursuant to 16 U.S.C. § 668(b) and 28 U.S.C. § 2461, upon conviction of any offense in violation of 16 U.S.C. § 668(a), as set forth in this indictment, the defendant shall forfeit to the United States all bald or golden eagles, or parts thereof, taken possessed, sold, purchased, bartered, offered for sale, purchase, or barter, transported, exported, or imported contrary to the provisions of Title 16, Chapter 5A, Subchapter II, and all guns, traps, nets, and other equipment, vessels, vehicles, aircraft, and other means of transportation used to aid in the taking, possessing, selling, purchasing, bartering, offering for sale, purchase, or barter, transporting, exporting, or importing of any bird, or part thereof in violation of 16 U.S.C. § 668(a). The property to be forfeited includes, but is not limited to, the eagles and all eagle parts found at defendant's prior residence on the Uintah and Ouray Reservation.

A TRUE BILL:

/s/
_____
FOREPERSON OF GRAND JURY

JOHN W. HUBER
United States Attorney

*Trina G. Higgins*
TRINA A. HIGGINS
Assistant United States Attorney

AO 442    Case 2:18-cr-00470-CW *SEALED*   Document 2 *SEALED*   Filed 10/18/18   Page 1 of 1

# United States District Court

DISTRICT OF UTAH - CENTRAL DIVISION

UNITED STATES OF AMERICA

v.

Yellow

## WARRANT FOR ARREST

CASE NUMBER: 2:18-cr-00470-CW-1

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **MICHAEL EARL YELLOW**
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment   [ ] Superseding Indictment   [ ] Information   [ ] Superseding Information
[ ] Complaint   [ ] Order of court   [ ] Violation Notice   [ ] Probation Violation Petition
[ ] Supervised Release Violation Petition

charging him or her with (brief description of offense)

UNLAWFUL TRANSPORT OF FIREARMS, ETC./Felon in Possession of Firearm
USE OF BALD AND GOLDEN EAGLE FOR SCIENTIFIC PURPOSES/Unauthorized Taking of an Eagle
and 28:2461 Criminal Forfeiture

in violation of  18:922(g)(1) and 16:668(a)  United States Code.

D. Mark Jones                                    Clerk of Court
Name of Issuing Officer                          Title of Issuing Officer

_Jennifer Richards_                              October 18, 2018 at Salt Lake City, Utah
Signature of Issuing Officer                     Date and Location
By: Jennifer Richards
    Deputy Clerk

Bail fixed _____ by _____
                                       Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |